IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BAUDILIO CORONADO-RAMIREZ,<br><br>    Defendant. | 8:23CR37<br><br>ORDER |

  This matter is before the Court on the Defendant's Unopposed Motion to Revoke Bond and Conditions of Release. (Filing No. 38.)

  Having considered the matter,

  **IT IS ORDERED:**

  1. Defendant's Unopposed Motion to Revoke Bond and Conditions of Release (Filing No. 38) is granted.

  2. Defendant's bond and condition of release is hereby revoked and Defendant is remanded to the custody of the U.S. Marshal pending a final resolution of this case.

  Dated this 19th day of April, 2023.

                BY THE COURT:

                s/ Susan M. Bazis
                United States Magistrate Judge